EN EL TRIBUNAL SUPREMO DE PUERTO RICO

<table>
<tr><td>In re:<br><br>Regla 4 del Reglamento del Programa de Educación Jurídica Continua, según enmendado mediante Resolución de 15 de junio de 2015</td><td>2015 TSPR 166<br><br>193 DPR ____</td></tr>
</table>

Número del Caso: ER-2015-7

Fecha: 10 de diciembre de 2015

Materia: Resolución del Tribunal
        **(La versión publicada es la que fue enmendada *Nunc Pro Tunc*
         El 14 de diciembre de 2015)**

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Regla 4 del Reglamento del
Programa de Educación
Jurídica Continua, según               ER-2015-7
enmendado mediante Resolución
de 15 de junio de 2015

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 10 de diciembre de 2015.

La Jueza Presidenta del Tribunal Federal de Distrito para el Distrito de Puerto Rico, Hon. Aida M. Delgado Colón, solicitó que se eximiera a los miembros del Comité de Reválida Federal y del Comité de Admisiones a la Práctica del Tribunal Federal de los requisitos del Reglamento de Educación Jurídica Continua y del Reglamento del Programa de Educación Jurídica Continua. Asimismo, la Directora Ejecutiva de la Comisión de Evaluación Judicial, la Lcda. Sonnya I. Ramos Zeno, presentó un escrito mediante el cual solicitó que se exima de los requisitos de los Reglamentos del Programa de Educación Jurídica Continua a los miembros de la Comisión de Evaluación Judicial. En su solicitud, explicó que los miembros de la Comisión de Evaluación Judicial, Lcdo. Guillermo Arbona Lago, Lcdo. Carlos Rivera Martínez, Lcdo. Tomás Román Santos así como las comisionadas Lcda. Hadassa Santini Colberg, Lcda. Carmen Girod Solivan, Lcda. Beatriz Vázquez de Acarón y la Dra. Glenda Labadie Jackson, renunciaron voluntariamente a la dieta a la que tenían derecho por ley.

Conforme a lo dispuesto en la Regla 4(c)(8)(f)del Reglamento del Programa de Educación Jurídica Continua, según enmendado, se excluye de las disposiciones del Reglamento de Educación Jurídica Continua y del Reglamento del Programa de Educación Jurídica Continua a los miembros de la Comisión de Evaluación Judicial, durante el término de su designación. Los miembros del Comité de Reválida Federal y del Comité de Admisiones a la Práctica del Tribunal Federal continuarán exentos según nuestra Resolución de 9 de noviembre de 2009 *In re*: Regla 36 del Reglamento del Programa de Educación Jurídica Continua, ER-2009-04.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo